UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:23-CV-0086

*In Re Ex Parte* Application of

JOSÉ HENRIQUE SOARES PEREIRA,

Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for use in Contemplated Proceedings in the Federative Republic of Brazil.

## *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A CONTEMPLATED FOREIGN PROCEEDING

1. José Henrique Soares Pereira ("**Pereira**" or "**Petitioner**"), by and through undersigned U.S. counsel, respectfully submits this *ex parte* application for an order pursuant to 28 U.S.C. § 1782 ("**Section 1782**") permitting Petitioner to obtain discovery from Nucor Corporation ("**Nucor**" or the "**Respondent**") for use in contemplated foreign legal proceedings in Brazil (the "**Application**").

2. By the Application, Petitioner requests authority to issue subpoenas for production of certain discrete categories of documents and possible testimony from Respondent for use in the following contemplated proceedings in Brazil: (1) a civil lawsuit that Petitioner intends to commence by filing a complaint against New Steel S.A. ("**New Steel Brazil**") and its board of directors with the Brazilian State Court; (2) a civil lawsuit that Petitioner intends to commence by filing a complaint against Hankoe Fundo de Investimento em Participações – Multiestratégia Investimento no Exterior ("**Hankoe**"); and (3) threatened litigation against Petitioner by certain former shareholders in New Steel Brazil (collectively, the "**Contemplated Brazilian Proceedings**").

3. Section 1782 permits litigants in foreign proceedings to obtain discovery in the United States to assist in the foreign litigation. In particular, Section 1782 states:

> The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusation. The order may be made . . . upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court.

4. The statutory requirements of Section 1782 are satisfied here. As explained in the accompanying submissions, (1) the Respondent is "found" in this District because it maintains its principal place of business in Charlotte, (2) the discovery sought is to be used in the Contemplated Brazilian Proceedings, and (3) Petitioner is an "interested person(s)" in the Contemplated Brazilian Proceedings.

5. This application also meets the discretionary factors of Section 1782, as explained further in the accompanying Memorandum of Law: (i) Nucor will not be a party to the contemplated foreign proceedings, and Petitioner is otherwise unable to obtain the requested discovery in Brazil; (ii) The Brazilian court will be receptive to the discovery that Petitioner seeks; (iii) The Application does not circumvent foreign proof gathering restrictions; and (iv) The discovery sought is neither unduly intrusive nor burdensome. In addition, granting the Application would also further the "twin aims" of Section 1782: "providing efficient means of assistance to participants in international litigation in our federal courts and encouraging foreign countries by example to provide similar means of assistance to our courts." *See*, *Mees v. Buiter*, 793 F.3d 291, 297–98 (2d Cir. 2015).

6. Petitioner therefore respectfully requests that this Court grant its application for an Order granting Petitioner leave to serve the Respondent with the subpoena attached as Exhibit 2 to the accompanying Memorandum.

WHEREFORE, Petitioners respectfully request that this Court enter an Order:

1. Granting the application for discovery under 28 U.S.C. § 1782;

2. Authorizing Petitioners to take discovery from Respondent, by issuing the proposed subpoena; and

3. Directing Respondent to comply with the subpoena issued in this case in accordance with the Federal Rules of Civil Procedure and the Rules of this Court.

Dated: February 14, 2023
Charlotte, North Carolina

Respectfully submitted,

/s/ *Gabriela Menna Barreto Scanlon*
Gabriela Menna Barreto Scanlon
MB Scanlon PLLC
4301 50th Street NW, 1st Floor
Washington, D.C., 20016
Telephone: (202) 410-9293
Email: gabriela@mbscanlon.com

(*pro hac vice* application pending)

/s/ *R. Jeremy Sugg*
R. Jeremy Sugg (NC Bar # 40351)
Lincoln Derr, PLLC
4350 Congress Street, Suite 575
Charlotte, NC 28209
Telephone: (704) 831-3520
Fax: (866) 393-6043
Email: jeremy.sugg@lincolnderr.com

*Attorneys for Petitioner José Henrique Soares Pereira.*